FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 2 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## PENALTY SLIP

DEFENDANT NAME: **NICHOLAS SEAN CARTER**

TOTAL NO. COUNTS: 4

**VIO:** 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1)

**PENALTY:** CAG not less than 10 years and not more than life;
$10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

**VIO:** 21 U.S.C. § 841(a)(1), (b)(1)(C)
Possession with Intent to Distribute Heroin (Count 2)

**PENALTY:** CAG not more than 20 years;
$1,000,000 fine;
not less than 3 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a

**VIO:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C),
Possession with the Intent to Distribute Fentanyl (Count 3)

**PENALTY:** CAG not more than 20 years;
$1,000,000 fine;
not less than 3 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a

**VIO:**   18 U.S.C. §§ 922(g)(1), 924(a)(2)
   Felon in Possession of Firearm (Count 4)

**PENALTY:** CAG not more than 10 years;
   $250,000 fine;
   not more than 3 years supervised release;
   a $100 special penalty assessment

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO.   **2:20-CR-5-SMJ-2**

AUSA INITIAL   SAV