William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS SEAN CARTER,<br><br>Defendant. | Case No.: 2:20-CR-00005-SMJ-2<br><br>Motion for Detention |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check one or more):

☐   Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐   Maximum penalty of life imprisonment or death;

☒   Drug offense with maximum penalty of 10 years or more;

Motion for Detention- 1

☐ Felony, with two prior convictions in above categories;

☐ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒ Serious risk Defendant will flee; or

☒ Serious risk obstruction of justice.

2. <u>Reason for Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒ Defendant's appearance as required; or

☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is probable cause to believe Defendant committed:

☒ Drug offense with maximum penalty of 10 years or more;

☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

Motion for Detention- 2

☐   An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐   An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐   Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

4.   <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☐   At the first appearance, or

☒   After a continuance of three days.

5.   Other Matters.

Dated:  January 23, 2020.

William D. Hyslop
United States Attorney

s/ *Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion for Detention- 3

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Wright Marchi
Carney & Marchi PS
108 South Washington, Suite 406
Kennewick, WA 99336
nmarchi@carmarlaw.com

                                        s/ *Stephanie Van Marter*
                                        Stephanie Van Marter
                                        Assistant United States Attorney

Motion for Detention- 4