1
2
3
4  UNITED STATES DISTRICT COURT
5  EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 3 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

6
7  UNITED STATES OF AMERICA,          No. 2:20CR00005-SMJ-2
8         Plaintiff,
9  vs.                                ACKNOWLEDGMENT OF NOTICE
                                      OF RIGHTS - INDICTMENT
10 Nicholas Sean Carter
11         Defendant.

12    The undersigned defendant does hereby acknowledge: I appeared on this date
13 and was advised as follows:

14
15    1. Of the charge or charges placed against me, and I acknowledge receipt of
         a copy of the:
16          ☒ Indictment
17          ☐ First/Second/Third/Fourth Superseding Indictment
18
19    2. Of the maximum penalty provided by law;

20    3. My right to remain silent at all times and if I make a statement it can be
21       used against me;

22    4. My right to retain my own counsel; and if I am without funds, to have
23       counsel appointed to represent me in this matter;

24
25    5. My right to a jury trial before a United States District Judge, to be
         confronted by the United States' witnesses and to have witnesses attend
26       on my behalf;

27
28    6. My right to a detention hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____    Date: \_\_\_\_1/22/2020\_\_\_\_
Interpreter Signature

_____    X~~~~~~~~~~~~~~~~~~~~
Interpreter Printed Name                         Defendant Signature

                                                 Nicholas Sean Carter
                                                 Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2