FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-00005-SMJ-2 |
|---|---|
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT |
| vs. | |
| NICHOLAS SEAN CARTER, | **ACTION REQUIRED** |
| Defendant. | |

On Thursday, January 23, 2020, Defendant made his initial appearance and was arraigned based on the Indictment (ECF No. 1). Defendant appeared, in custody, with court-appointed counsel Nicholas Marchi. Assistant United States Attorney Daniel Fruchter represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 1

A member of the Criminal Justice Act Panel was appointed to represent Defendant.

The United States moved for detention (ECF No. 10).  A supplemental pretrial services report was ordered and a detention hearing was set before **Judge Dimke in Richland, Washington, on Tuesday, January 28, 2020, at 3:00 PM.**

The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case.  http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

Until further order of this Court, Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this January 24, 2020.

<u>s/*Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 2