# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
## Richland

**USA v.  NICHOLAS SEAN CARTER    Case No.    2:20-CR-0005-SMJ-2**

**Detention Hearing:**                                                                 **01/28/2020**

---

| | | | |
|---|---|---|---|
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty [S] |
| ☒ | Pam Howard, Courtroom Deputy [Tele] Joanna Knutson, Courtroom Deputy [S] | ☒ | Nicholas Marchi, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services [Tele] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

---

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | AO 199C Advice of Penalties/Sanctions |

## REMARKS

Court and Defense discuss scheduling.
**Detention hearing waived by Defendant; subject to right to return before the Court should circumstances change.**

**The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.