FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-00005-SMJ-2 |
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION FOR DETENTION |
| vs. | |
| NICHOLAS SEAN CARTER, | ECF No. 10 |
| Defendant. | |

On Tuesday, January 28, 2020, the Court appeared for a detention hearing. Defendant appeared, in custody, with court-appointed counsel Nicholas Marchi. Assistant United States Attorney Stephanie Van Marter represented the United States. Defendant, personally and through counsel, waived his right to a detention hearing. Accordingly, **IT IS ORDERED**:

1. The United States' Motion for Detention (**ECF No. 10**) is **GRANTED.**

2. Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from

ORDER GRANTING UNITED STATES' MOTION FOR DETENTION - 1

persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be committed to the custody of the Attorney General pending disposition of this case or until further order of the court. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

4. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

5. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

6. If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in LCrR 46(k).

7. The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case.
http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

ORDER GRANTING UNITED STATES' MOTION FOR DETENTION - 2

8. Defendant is bound over to Judge Salvador Mendoza, Jr. for further proceedings.

DATED January 28, 2020.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
