AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 29, 2020**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NICHOLAS SEAN CARTER | ) | Case No.  2:20-CR-5-SMJ-2 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NICHOLAS SEAN CARTER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine
21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Heroin
21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Fentanyl
18 U.S.C. §§ 922(g)(1), 924(a)(2) - Felon in Possession of a Firearm

Date:  Jan 22, 2020, 1:41 pm

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)*  1/22/20 , and the person was arrested on *(date)*  1/23/20
at *(city and state)*  Spokane, WA

Date:  1/23/20

Arrested within the E/WA
By:  FBI
(Agency)
Executed On:  1/23/20
Sign:  Reagan K. Davey, USMS

*Arresting officer's signature*

*Printed name and title*