# EXHIBIT A

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| CARTER, Nick | 787060-20-0008 | 2 |

## SUMMARY OF EVENT:

On 11/07/2019, ATF Special Agent Bryan Bach and Walla Walla Police Department Detective Mike Bump met with ATF CI-27953. ATF CI-27953 provided information on two Federal fugitives, Monica PESINA and Nick CARTER, who were in possession of firearms and a large quantity of controlled substances. PESINA and CARTER were arrested and firearms, suspected methamphetamine; cocaine; fentanyl; heroin; and marijuana were found in the residence where they were staying pursuant to a state search warrant.

## NARRATIVE:

1. On 11/07/2019, ATF Special Agent (SA) Bryan Bach, along with Walla Walla Police Department (WWPD) Detective Michael Bump met with ATF confidential informant (CI), hereinafter ATF CI, who advised he/she was aware Monica PESINA and her boyfriend, Nick, were involved in trafficking various narcotics and that the ATF CI could possibly purchase narcotics from PESINA based in part on the ATF CI's drug related history with PESINA. ATF CI only knew CARTER by his first name and stated he/she had only met him a few times. More specifically, ATF CI further advised that she/he recently saw PESINA and CARTER in a single wide trailer house in Dixie, WA. ATF CI stated he/she observed approximately one quarter pound of methamphetamine, approximately three ounces of heroin, and multiple firearms located at the residence. ATF CI showed SA Bach and Detective Bump the house, which SA Bach identified as 112 N Pettybone Road, Dixie, WA.

2. SA Bach contacted TFO Joe Brazeau of the FBI Safestreets Task Force of Richland, WA, who advised that PESINA and CARTER both had active Federal arrest warrants in NCIC for various offenses to include Possession with Intent to Distribute Methamphetamine (PESINA and CARTER) and Felon in Possession of firearms (CARTER only). Detective Bump confirmed the active warrants.

3. A short time later SA Bach learned the United States Marshal's Service (USMS) was actively looking for PESINA and CARTER based upon the aforementioned Federal arrest warrants. SA Bach contacted USMS Deputy Marshal Derick Swick who confirmed they were also looking for PESINA and CARTER. Your affiant and Detective Bump met with USMS Deputy Marshal Bill Peary and shared the information that ATF CI had provided. The USMS had already set up surveillance on Target Address and observed CARTER in the front

| Prepared by: Bryan A. Bach | Title: Special Agent, Yakima Field Office | Signature: | Date: 11/29/2019 |
|---|---|---|---|
| Authorized by: Michael C. McNall | Title: Resident Agent in Charge, Spokane I Field Office | Signature: | Date: |
| Second level reviewer (optional): Darek G. Pleasants | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: |

yard earlier during the day.

4. At approximately 1630 hours, the USMS, ATF, WWPD, and the Spokane Police Department Special Investigations Unit drove to the Target Address where CARTER was again observed in the front yard. CARTER was observed working under a black pickup. CARTER was taken into custody without incident. CARTER asked if he could grab his phone and wallet from underneath the pickup but the request was denied since the USMS do not take property. USMS Deputy Marshal Bill Peary conducted a search incident to arrest and located suspected methamphetamine and suspected cocaine in CARTER's pants pocket (ATF Evidence Numbers 1 and 2).

5. USMS Deputy Marshal Peary located the following pieces of evidence underneath the black pickup in the front yard:

   a. ATF Evidence Number 9: black wallet (Agent Note: There was also US currency located in the wallet but the money was retained by WWPD)
   b. ATF Evidence Number 24: black smartphone with "Wiko" printed on the back

6. PESINA was then called out of the residence and taken into custody without incident. PESINA waited approximately forty-five seconds before exiting the house. There was no one else located inside the residence.

7. WWPD Detective Mike Bump applied for and obtained a state search warrant for the residence based upon the aforementioned facts. A state search warrant was granted and executed on the Target Address.

8. SA Bach contacted the leaser of the Target Address, James Mathews, via phone number (509) 520-4380. He was not present at the time of the search warrant. Mathews advised he had left at approximately at noon on the day of the state search warrant. Mathews stated PESINA and CARTER had shown up at his house approximately four days earlier. Mathews stated PESINA and CARTER stayed everywhere in the house. Mathews stated they slept in his bedroom the first night then other rooms on the other nights but has access to the entire house. Mathews stated he not seen PESINA or CARTER with drugs but then added they brought over a large quantity of marijuana to process. A review of Mathew's criminal history revealed that he is also a convicted felon.

9. SA Bach took photos of the residence before searching for evidence began. SA Bach also took photographs of the evidence as it was located.

10. During a search of the spare bedroom, the following items were located by Spokane Police Department (SPD) Detective B Palmer:

    a. ATF Evidence Number 5: Glock, Model 26 GEN 4 9mm pistol, bearing serial number BBTU921,
    b. ATF Evidence Number 6: loaded magazine from ATF Evidence Number 5;
    c. ATF Evidence Number 7: Beretta, Model 92FS 9mm pistol, bearing serial number BER513205, (later determined to be stolen)
    d. ATF Evidence Number 8: loaded magazine from ATF Evidence Number 7;
    e. $3850 in United States currency found in the side pouch of a blue and gray backpack which was sitting next to the clothes bin containing the two firearms; (Agent Note: US currency was retained by WWPD)

| Title of Investigation: CARTER, Nick | Investigation Number: 787060-20-0008 | Report Number: 2 |
|---|---|---|

    f. ATF Evidence Number 10: CARTER's insurance card and a hand written phone list found in the side pouch of the blue and grey backpack.

    g. ATF Evidence Number 28: Black cloth holster removed from ATF Evidence Number 5

    h. Not seized but a photograph was taken of a prescription pill bottle with CARTER's name on it also found in the same backpack.

11. During a search of the master bedroom, SPD Detective N. Lundgren located ATF Evidence Number 3: approximately 1.6 grams of suspected methamphetamine located in the closet on top of a dresser.

12. During a search of the extra space/ living room, the following items were located:

    a. ATF Evidence Number 4: Approximately 5 grams of suspected methamphetamine (original packaged weight) was found on the couch by SPD M. Burbridge ;

    b. ATF Evidence Number 16: A glass pint size jar with several shards of suspected methamphetamine was found in a yellow tool bag under the coffee table by SPD M. Burbridge;

    c. ATF Evidence Number 17: Metal box containing suspected methamphetamine located in a yellow tool bag by SPD M. Burbridge

    d. Visa credit card with PESINA's name on it was found on the top of the coffee table. Affiant note: The credit card was approximately three feet from the three cell phones. Below the coffee table was a shoe box which contained a large majority of the controlled substances located in the house.

    e. The following items were found by SA Bach on the couch:
        i. ATF Evidence Number 25: Black "Orbic" Verizon flip phone,
        ii. ATF Evidence Number 26: Black Samsung cell phone,
        iii. ATF Evidence Number 27: Silver smartphone with AT&T printed on it,

    f. SA Bach also located ATF Evidence Number 11: Assorted ammunition on the living room floor near the desk.

13. The following items were found in a shoe box under the coffee table by SPD Detective M. Burbridge:

    a. ATF Evidence Number 12: Approximately 2.3 grams of suspected cocaine (original packaged weight),

    b. ATF Evidence Number 13: Plastic zip lock bags believed to be used for packaging material of controlled substances,

    c. ATF Evidence Number 18: Electronic digital scale with white reside located on the top,

    d. ATF Evidence Number 19: Approximately 11.7 grams of suspected methamphetamine (original packaged weight),

    e. ATF Evidence Number 20: Approximately 84 blue "M" "30" pills, suspected of containing fentanyl,

    f. ATF Evidence Number 21: Approximately 101.4 grams of suspected heroin (original packaged weight),

    g. ATF Evidence Number 22: Approximately 113 grams of suspected methamphetamine located in four separate bags (original packaged weight),

    h. ATF Evidence Number 23: Various controlled substance smoking pipes.

14. During a search of the kitchen area, the following items were located were located by SA Bach:

    a. ATF Evidence Number 14: Suspected marijuana located in a gray and green plastic tote

| Title of Investigation: CARTER, Nick | Investigation Number: 787060-20-0008 | Report Number: 2 |
|---|---|---|

   b. ATF Evidence Number 15: Suspected marijuana located in a Yeti 65 cooler

15. SA Bach processed ATF Evidence Number Items 1-28 into ATF evidence vault.

**ATTACHMENTS:**

1. Copy of District Court of Walla Walla County Washington Search Warrant for ▮▮▮ N Pettybone Road, Dixie, WA.

2. WWPD Inventory and Receipt for Property Seized.

3. ATF Receipt for Property and Other items

4. Copy of Spokane Police Department Special Investigative Unit

# EXHIBIT B

ORIGINAL

DISTRICT COURT, WALLA WALLA COUNTY, WASHINGTON

STATE OF WASHINGTON    )
                       ) ss.   CASE NO: 2019-26765
COUNTY OF WALLA WALLA  )       SEARCH WARRANT

TO ANY PEACE OFFICER IN THE STATE OF WASHINGTON:

Upon the declaration made before me there is probable cause to believe that the crime(s) of is/are being committed, has/have been committed, and/or are about to be committed in Walla Walla County, State of Washington, and that evidence of that/those crime(s); or contraband, the fruits of crime, or things otherwise criminally possessed; or weapons or other things by means of which a crime has been committed or reasonably appears about to be committed; or a person for whose arrest there is probable cause, or who is unlawfully restrained is/are concealed in or on certain premises, vehicles or persons.

YOU ARE COMMANDED TO:

Search, within 10 days of this date, the person(s), premises, vehicle(s) described as follows:

112 N Pettybone Rd
Dixie, WA 99329

A light gray colored, single wide trailer, owned by Todd & Kim Scott and occupied by James Patrick Matthews 02/13/1980. The residence has a stick built front porch and cover and is addressed on the street by a blue county address marker bearing the numbers "112".

If issued by a Superior Court Judge and served outside Washington State: This warrant is issued pursuant to RCW 10.96.020. A response is due within twenty business days of receipt, unless a shorter time is stated herein, or the applicant consents to a recipient's request for additional time to comply.
SEARCH WARRANT
Page 1 of 2
11.07.19

ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:

- Evidence in whatever form of the above listed crime(s) including but not limited to:
  — Items and/or information that is/are evidence of, fruits of, pertain to, and/or was/is being used in the commission of the listed crime(s);

  *RCW 69.50.4013 Possession of a Controlled Substance, RCW 9.41.040 Unlawful Possession of Firearm*
- Items in whatever form evidencing dominion and control of the property/residence searched.
- Specific items to include;

112 N Pettybone Rd
Dixie, WA 99329

A light gray colored, single wide trailer, owned by Todd & Kim Scott and occupied by James Patrick Matthews ~~02/13/1980~~. The residence has a stick built front porch and cover and is addressed on the street by a blue county address marker bearing the numbers "112".

- Any items related to and/or from any of the listed business(s) and individual(s).

Promptly return this warrant to me or the clerk of this court within ten (days). The return must include an inventory of all property seized.

A copy of the warrant and a receipt for the property taken shall be given to the person from whom or from whose premises property is taken. If no person is found in possession, a copy and receipt shall be conspicuously posted at the place where the property is found.

Date/Time: *November 7th, 2019 @ 1840 hrs*

The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).

Signature: *Kristian Hedine*

DISTRICT COURT JUDGE

Printed Judge's Name: Kristian Hedine

If issued by a Superior Court Judge and served outside Washington State: This warrant is issued pursuant to RCW 10.96.020. A response is due within twenty business days of receipt, unless a shorter time is stated herein, or the applicant consents to a recipient's request for additional time to comply.
SEARCH WARRANT
Page 2 of 2
11.07.19



## DISTRICT COURT, WALLA WALLA COUNTY, WASHINGTON

STATE OF WASHINGTON    )
                       ) ss.   CASE NO:   2019-26765
COUNTY OF WALLA WALLA  )       DECLARATION FOR SEARCH WARRANT

Detective Michael Bump #213 declares under penalty of perjury under the laws of the State of Washington that the following is true and correct:

On the basis of the following, I believe there is probable cause that **Monica Angelic Pesina** 02/06/1979 and **Nicholas Sean Carter** 04/21/1980 has/have committed the below-identified crime(s) in Walla Walla County, State of Washington, and that

[X] Evidence of the crime(s): *RCW 69.50.4013 Possession of a Controlled Substance, RCW 9.41.040 Unlawful Possession of Firearm*
[X] Contraband, the fruits of a crime, or things otherwise criminally possessed;
[X] Weapons or other things by means of which a crime has been committed or reasonably appears about to be committed;
[ ] A person for whose arrest there is probable cause, or who is unlawfully restrained;

is/are located in, on, at, or about the following described Persons, Premises and Vehicles:

*112 N Pettybone Rd*
*Dixie, WA 99329*

A light gray colored, single wide trailer, owned by Todd & Kim Scott and occupied by James Patrick Matthews 02/13/1980. The residence has a stick built front porch and cover and is addressed on the street by a blue county address marker bearing the numbers "112".

On the basis of the following, I, Detective Michael Bump #213, believe there is probable cause that that **Monica Angelic Pesina** 02/06/1979 and **Nicholas Sean Carter** 04/21/1980, has/have committed the above identified crime(s) in Walla Walla County, State of Washington, and that evidence of this crime is in the above listed locations and/or on their persons.

SEARCH WARRANT DECLARATION
Page 1 of 4
Version: 11.07.19

I have the following qualifications and education pertaining to investigations:

Your affiant has been employed by the Walla Walla Police Department as a Police Officer since April 1st of 2015, and I have the following qualifications and education pertaining to *RCW 69.50.4013 Possession of a Controlled Substance, RCW 9.41.040 Unlawful Possession of Firearm*.

In total, I have been a Peace Officer for over eight years, where I was previously employed by the City of Milton-Freewater Police Department in Milton-Freewater, Oregon, since December 20th, 2010. This affiant graduated from the Oregon Department of Public Safety Standards and Training (*DPSST*) Basic Academy in Salem, Oregon in July of 2011 and the Washington State Equivalency Academy in Spokane, Washington in June of 2015. During this affiant's employment as a Peace Officer I have worked as a Patrol Officer, Major Crimes Detective, Gang Enforcement Team Detective and as a Narcotics Detective on both a regional drug taskforce and for the Walla Walla Police Department. I have received specialized training from both State and Federal agencies in the investigation and recognition of persons and drug related crimes and have written several search warrants based on circumstances surrounding these crimes. Execution of those warrants has lead to seizures, arrests and convictions of persons responsible for a variety of criminal activity, to include persons crimes, narcotics violations and trafficking in stolen property.

Your affiant is experienced with almost all of the common street drugs and has had extensive experience investigating crimes associated with the use, sale and delivery of illegal drugs and stolen property. I have been involved in more than two hundred and fifty (250) state and federal narcotics, persons and property crime investigations, as well as the subsequent interviews of suspects and the recovery of items of evidentiary value. I have participated in over Fifty (50) search warrants and I have been involved in over four hundred (400) arrests. That during my employment as a Police Officer I have also been involved in investigations related to the commission of homicides, assaults, burglaries, thefts, sexual abuse, weapons offenses, narcotics, identity theft, fraud, forgery, the subsequent interview of suspects and the recovery of the evidence related to these investigations.

I have received over twelve hundred (1200) hours of specialized training and education in the areas of criminal law, search and seizure, crime investigation, interviewing, acquisition and preservation of evidence, drug identification, conducting surveillance operations, apprehension of criminal law violators, confidential source management, the use of pen register, trap and trace devices, precision location information/global positioning system (GPS) data devices, counter surveillance, and different forms of electronic surveillance, including the interception of wire and electronic communications.

I have attended and successfully completed an eighty (80) hour Basic Training course focused on drug crime investigations sponsored by the Drug Enforcement Administration (DEA). I have also attended and successfully completed a forty (40) hour Undercover Drug Crime Investigation class sponsored by the Oregon High Intensity Drug Trafficking Area Program (HIDTA). Further, during my law enforcement employment I have had numerous conversations with individuals involved in the illegal distribution, possession, trafficking and manufacture of controlled substances, stolen property and crimes against persons. I have also had opportunities to observe and become familiar with drug and stolen property traffickers methods of operations, including their methods of distribution, manufacturing and packaging,

SEARCH WARRANT DECLARATION
Page 2 of 4
Version: 11.07.19

their methods of transporting drugs and stolen property, their methods of collecting proceeds of drug and property trafficking, and their methods of laundering money.

**PROBABLE CAUSE:**

I have not included each fact known concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause. My belief is based upon the following facts and circumstances:

On 11/07/2019 at about 1600 hours I was involved in a joint operation with the US Marshall's service at 112 N Pettybone Rd, in Dixie, WA. The focus of this operation was to effect the arrest of Monica Angelic Pesina 02/06/1979 and Nicholas Sean Carter 04/21/1980, who had active Federal arrest warrants for possession with intent to distribute Methamphetamine and the unlawful possession of firearms. During the course of this operation, I received information from a confidential informant (CI 17-010), who told me within the last three days, they saw Monica Angelic Pesina 02/06/1979 and Nicholas Sean Carter 04/21/1980 inside this residence and also saw what they believed to be one-quarter pound of suspected Methamphetamine, about three ounces of suspected Heroin and multiple handguns and a muzzleloader. This informant has worked for the Walla Walla Police Department for about two years and has been found to be both creditable and reliable in past investigations.

At about 1630 hours, Officer and Federal Agents arrived at 112 N Pettybone Rd in Dixie, WA and encountered Carter in the front yard of the residence. Carter was taken into custody without incident. I was told that in a search incident to arrest, two baggies of suspected Methamphetamine were located on his pants pocket. Once Carter was taken into custody, Pasina was called out of the house. Pasina exited the residence and was taken into custody without incident. Pasina said no other person was in the residence and Matthews had left to do some work. A short time later Matthews arrived back at the residence and said they had been staying there for about four days. Matthews was asked if there were any drugs in the residence and he hesitated and said, he hadn't seen them with any drugs, but then said they brought over a large quantity Marijuana to process. Matthews then added, someone had also brought over more than one muzzle loading rifle and had left it in the residence. It should be noted that Matthews, Pasina and Carter are all convicted felons and prohibited from possessing firearms.

**THEREFORE;**

Based on all the foregoing information, I believe that evidence of the above listed crime(s) exist in the above described residence and with the above described persons, and that there is probable cause to seize and search the identified persons, items and residence for the items:

**ITEMS TO BE SEARCHED FOR AND SEIZED IF LOCATED:**

SEARCH WARRANT DECLARATION
Page 3 of 4
Version: 11.07.19

➢ Evidence in whatever form of the above listed crime(s) including but not limited to:
— Items and/or information that is/are evidence of, fruits of, pertain to, and/or was/is being used in the commission of the listed crime(s);

RCW 69.50.4013 Possession of a Controlled Substance, RCW 9.41.040 Unlawful Possession of Firearm

➢ Items in whatever form evidencing dominion and control of the property/residence searched.
➢ Specific items to include;

112 N Pettybone Rd
Dixie, WA 99329

A light gray colored, single wide trailer, owned by Todd & Kim Scott and occupied by James Patrick Matthews 02/13/1980. The residence has a stick built front porch and cover and is addressed on the street by a blue county address marker bearing the numbers "112".

➢ Any items related to and/or from any of the listed business(es) and individual(s).

This declaration was submitted to the issuing judge using an electronic device that is owned, issued, or maintained by the below-identified criminal justice agency.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 7th of November 2019, Walla Walla, WA.

Declarant Signature: _____ 213

OR, if submitted electronically or by phone:

Declarant's full name: **Michael B Bump**
Agency Badge/Serial/Personnel #: 213
Agency Name: **Walla Walla Police Department**

The judge's signature, below, was placed by declarant at the judge's direction given by email (preserve and file the email).

Signature: _Kristian Hedine_
DISTRICT COURT JUDGE

Printed Judge's Name: Kristian Hedine

SEARCH WARRANT DECLARATION
Page 4 of 4
Version: 11.07.19