# Exhibit A-4



**Brittany Thomas, M.S., F-ABC**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic Chemist
Western Laboratory
Pleasanton, CA.

## AREA OF EXPERTISE

**Forensic Discipline**

The identification and analysis of controlled substances as well as the investigation of clandestine laboratories.

**Expert Testimony**
- Qualified as federal, state, county and juvenile expert witness in areas involving the identification and analysis of controlled substances.
- Testified more than 20 previous occasions

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist, DEA Western Laboratory (Pleasanton, CA.), 2016*

- Analyze exhibits for the presence or absence of controlled substances
- Issue reports on analytical results and testify to findings in court
- Perform routine maintenance and performance checks on laboratory equipment
- Operate and maintain a variety of laboratory analytical instrumentation

*Training*

- Brown Bag Lunch Lecture - Clandestine Laboratory Training, Roger Ely, May - July 2018
- Brown Bag Lunch Lecture - Use and Operation of LC-MS-MS, July 2017
- Perform Quality Assurance and Quality Control (PMBOK® Guide Fifth Edition), June 2017
- Six Sigma Strategic Planning and Deployment, June 2017
- Six Sigma Project Selection, Roles, and Responsibilities, June 2017
- Fundamentals of Lean and Six Sigma and their Applications, June 2017
- Western Laboratory Fentanyl, Cocaine, and Methamphetamine Profiling Presentation, Apr. 2017
- Clan Lab, Level A Recertification Presentation, Roger Ely, Feb. 2017
- Mass Spectrometry Limits of Detection (LOD), Danielle Farrell/Brittany Huntington (Western Lab), Jan 2017
- Chemist Fingerprint Orientation (Western Lab), Mike Hall, Jan. 2017
- Forging High Performing Teams, Halen Group, Dr. Harvey Goldstein (Western Lab), Jan. 2017
- Basic Forensic Chemist Training Program (Quantico, VA.), Aug. 2016 - Dec. 2016

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
*Forensic Scientist III, Region IV (El Paso, TX.), 2014-2016*

- Analyze exhibits for the presence of controlled substances
- Issue reports on analytical results and testify to findings in court
- Perform routine maintenance and perform checks on laboratory equipment
- Develop and prepare policies and procedures per ASCLD-LAB/ISO 17025 accrediting standards.
- Maintain quality assurance systems to maintain laboratory ASCLD-LAB ISO/17025 accreditation standards

*Training*
- LIFE Languages, May 2016
- The Proactive Role Employers Can Take: Opioids, National Safety Council, Oct. 2015
- TX DPS Statewide Chemist Meeting, July 2015
- TX DPS New Employee Forensic Scientist Training, Oct. 2014-July 2015

**HOUSTON FORENSIC SCIENCE CENTER (Formerly COH HPD Crime Laboratory)**
*Chemist (Houston, Texas), 2009-2014*

- Analyze exhibits for the presence of controlled substances
- Issue reports on analytical results and testify to findings in court
- Perform routine maintenance and perform checks on laboratory equipment
- Maintain quality assurance systems to maintain laboratory accreditation standards
- Assist with consumable order requests for the laboratory

*Training*
- West Virginia University: Forensic GC-MS Workshop, Glen Jackson, Sept. 2014
- A Practical Approach to Ethics in the Forensic Science Laboratory, Joseph Bono, Nov. 2013
- CLIC: 23rd Annual Technical Training Seminar, Sept. 2013
- CLIC: Introduction to Pharmacology, Sept. 2013
- NMS: The Analog Dilemma with Synthetic Cannabinoids, April 2013
- The Evidence Conference: What Makes a Credible Witness, April 2013
- Mettler Toledo General Balance Training, Dec. 2012
- DEA Forensic Chemist Seminar, Sterling, Virginia, Nov. 2012
- West Virginia University Continuing and Professional Education Certificate Program:
Ethics in Forensic Science, Jan. 2012
Forensic Mass Spectrometry, Jan. 2012
Perspectives in Expert Testimony, Nov. 2011
Transition to Leadership, Nov. 2011
Chemical Spot Test for Illicit Drugs, Oct. 2011
- SOP Writing for ISO 17025–NIJ and RTI, July 2011
- Characterizing Spice/K2, a Legal Marijuana Substitute, Dec. 2010
- GC/MS Acquisition and Quantitation, Dr. Maldonado of Agilent, Houston, Texas, June 2009
- Houston Police Department Crime Laboratory, Feb-July 2009

**CITY OF HOUSTON (COH) HEALTH AND HUMAN SERVICES**
*Chemist (Houston, Texas), 2008-2009*

- Analyze various matrices for the presence of organic contaminants

**SGS North America Incorporated**
*Chemist (Deer Park, Texas), 2007-2008*

- Analyze and certify various types of commercial hydrocarbon products.

## EDUCATION AND CERTIFICATIONS

University of Florida (Gainesville, FL.)
- M.S. Pharmacy (Pharmaceutical Sciences), 2013-2015
- Concentration: Drug Chemistry

University of New Haven (West Haven, CT)
- B.S. Forensic Science, 2003-2007
- Minors: Chemistry, Criminal Justice

*Certification(s)*
- American Board of Criminalistics-Fellow (Drug Analysis), 2012

## PROFESSIONAL AFFILIATIONS

- Southwestern Association of Forensic Scientists, 2013-present
- Clandestine Laboratory of Investigating Chemists Association, 2013-present