# Exhibit A-6



Danielle C. Farrell, B.A.
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
Western Laboratory
Pleasanton, CA

## AREA OF EXPERTISE

Forensic Discipline

The identification and analysis of controlled substances as well as the investigation of clandestine laboratories.

Expert Testimony
- Qualified as federal and state expert witness in areas involving the identification and analysis of controlled substances
- Testified on 19 previous occasions

## PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION
FORENSIC CHEMIST, Western Laboratory (San Francisco, CA), 2009-present

- Examined suspected controlled substances for local, state, and federal prosecution
- Conducted chemical analyses on more than 2900 exhibits
- Testified in state and federal courts to the results of analytical testing on suspected controlled substances
- Safety certified and current with Level B and Level C personal protective equipment and its use
- Assisted and advised law enforcement investigators in the investigation, seizure, and analyses of suspected clandestine drug laboratories
- Performed duties of primary monitor of all reference material, controlled substance and otherwise, utilized in laboratory operations
- Supplied law enforcement with training courses related to production of illicit drugs and utilization of field test kits
- Monitored monthly maintenance and daily troubleshooting on all instrumentation utilized in chemical analysis

Training
- Drug Enforcement Administration (DEA), Forensic Chemist Training Program, (San Francisco, CA), 2009
- DEA Office of Forensic Science, Basic Forensic Science School, (Quantico, VA), 2010
- DEA Office of Forensic Science, Clandestine Laboratory Safety Certification School, (Quantico, VA), 2010
- IR Courses, Inc., Infrared and Raman Spectroscopy as Applied to Forensic Analysis, (Bowdoin College, ME), 2010
- Waters, Ultra Performance Liquid Chromatography Essentials of the QuickStart Interface, (San Francisco, CA), 2010
- Network Environmental Systems, Clandestine Laboratories of Concern - Beyond Methamphetamine, (Folsom, CA), 2011
- Thermo Fisher Scientific, FirstDefender RMX – Chemical Identification System, (San Francisco, CA), 2011

- Jason Nawyn, Synthetic Cannabinoids/Substituted Cathinones, (San Francisco, CA), 2011
- DEA Special Testing Laboratory, Nuclear Magnetic Resonance Instrument Operations, (San Francisco, CA), 2012
- DEA, Clandestine Laboratory Synthesis and Analysis Training - Methamphetamine Technical Intelligence, (San Francisco, CA), 2012
- California Association of Criminalists Drug Study Group, Quality Measurement Assurance, (Hayward, CA), 2012
- California Association of Criminalists Drug Study Group, Narcotic Trafficking in Northern California, (Hayward, CA), 2012
- DEA Special Testing Laboratory, Methamphetamine By-Product Identification and Profiling Program, (San Francisco, CA), 2012
- DEA Chief Counsel, Criminal Discovery Legal Refresher, (San Francisco, CA), 2013
- Agilent Technologies, Inc., Controlled Substance Analysis on Gas Chromatography/Mass Spectrometry Technology, (San Francisco, CA), 2014
- Agilent Technologies, Inc., Low Thermal Mass Capabilities on Gas Chromatography/Mass Spectrometry, (San Francisco, CA), 2014
- Oklahoma State University, Weapons of Mass Destruction Laboratory Recognition for Forensic Scientists, (San Francisco, CA), 2014
- Agilent Technologies, Inc., Introduction to Mass Spectrometry Interpretation, (San Francisco, CA), 2014
- Dean Kirby, Butane Honey Oil Production and Dangers, (Pleasanton, CA), 2015
- Clandestine Laboratory Investigating Chemists 25th Annual Workshop, Improvised Explosive and Clandestine Methamphetamine Manufacturing, (Oklahoma City, OK), 2015
- Clandestine Laboratory Investigating Chemists 25th Annual Technical Seminar, (Oklahoma City, OK), 2015
- DEA Special Testing and Research Laboratory, Overview of the Fentanyl, Cocaine, and Methamphetamine Profiling Programs, (Pleasanton, CA), 2017

**ALZA CORPORATION**
*Laboratory Technician II, Finished Product Section, (Vacaville, CA),  2008*
- Conducted quality control analysis of finished pharmaceutical products
- Assembled preparatory standards, solutions, and mobile phases utilized in daily testing
- Performed identification, dissolution, assay, impurity testing and stability studies of raw materials and finished products
- Preformed basic instrument maintenance to aid in daily chemical testing

## EDUCATION AND CERTIFICATIONS

California State University Sacramento (Sacramento, CA)
- Bachelor of Arts in Chemistry, Minor in Forensic Investigation, 2008

*Certification(s)*
- DEA Clandestine Laboratory Safety Certification, 2010 to present

## PROFESSIONAL AFFILIATIONS

- Clandestine Laboratory Investigating Chemists Association (CLIC), Member, 2013 to present

## PRESENTATIONS AND LECTURES

- Presenter, Clandestine Drug Laboratory Awareness
  - Federal Bureau of Investigations National Improvised Explosives Familiarization Seminar, (Dublin, CA), 2013
- Presenter, Optimizing the Analysis of Synthetics
  - California Association of Criminalists Drug Study Group, (Richmond, CA), 2014
- Instructor, Clandestine Methamphetamine Synthesis
  - California Narcotic Officers' Association, (Santa Rosa, CA), 2014
- Instructor, Field Test Training
  - Various Federal, state, and local law enforcement trainings, 8 classes total, 2009-present
- Presenter, Fentanyl: Background, History, and Safe Handling
  - Special Agent Clandestine Lab Annual Recertification, (Pleasanton, CA), 2015
- Presenter, Fentanyl: Background, History, and Safe Handling
  - Sacramento Field Division Law Enforcement Refresher Training, (Sacramento, CA), 2015
- Presenter, Fentanyl Trends, Recent Seizures, and Safe Analysis Practices
  - Clandestine Laboratory Investigating Chemists 25th Annual Technical Seminar, (Oklahoma City, OK), 2015
- Presenter, Clandestine Laboratory Safety: Fentanyl and Cannabis Extractions - Butane Honey Oil and Supercritical Fluid Extractors
  - Corvallis Fire Department Hazmat Drill Lab Characteristics, (Corvallis, OR), 2015
- Presenter, Clandestine Laboratory Safety: Fentanyl and Cannabis Extractions - Butane Honey Oil and Supercritical Fluid Extractors
  - Special Agent/Chemist Clandestine Lab Annual Recertification, (Pleasanton, CA), 2016
- Presenter, Trends, Recent Seizures, and Safe Handling Practices: Fentanyl and Butane Honey Oil
  - Oregon State Fire Marshall's Office Hazmat Conference, (Sunriver, OR), 2016
- Presenter, Fentanyl Trends, Recent Seizures, and Safe Handling Practices
  - California State and Local Forensic Chemists Technical Training Seminar, (Pleasanton, CA), 2016
- Presenter, Low Thermal Mass Theory, Operation, and Troubleshooting
  - California State and Local Forensic Chemists Technical Training Seminar, (Pleasanton, CA), 2016
- Presenter, DEA Annual Special Topics and Trends
  - Northern California High Intensity Drug Trafficking Area Commander's Symposium, (Pismo Beach, CA), 2017
- Presenter, DEA Drug Trends and High Hazard, Low Dose Evidence
  - California Association of Criminalists Spring Seminar, (San Francisco, CA), 2017

## DISTINCTIONS

- Certification of Appreciation for Outstanding Contributions in the Field of Law Enforcement, Anthony D. Williams, Special Agent in Charge, (San Jose, CA), 2012
- DEA Forensic Chemist Technical Advisory Committee, Member, 2016 to present