Case 2:20-cr-00005-SMJ    ECF No. 52-5    filed 05/04/20    PageID.178   Page 1 of 3

# Exhibit A-9



Steven Aliyetti B.S.
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic Chemist
Western Laboratory
Pleasanton, CA

## AREA OF EXPERTISE

Forensic Discipline

- Controlled Substance Examination

Expert Testimony
- Qualified in federal court as an expert witness in the analysis of controlled substances
- Testified 2 times in federal court.

## PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION
*Forensic Chemist (1320-GS12, Western Laboratory, Pleasanton, CA)*

- Analyze physical evidence submitted to laboratory
- Provide expert testimony regarding analysis of evidence
- Provide technical assistance when necessary

*Training*

- DEA Clandestine Laboratory Basic Safety Certification Training, (DEA, Quantico, VA, 2019) - 1 week safety training program for clandestine laboratory investigations
- Western Laboratory Training (DEA, Pleasanton, CA, 2018) - Training involved understanding Western Laboratory specific policies & procedures, learning new instrumentation & techniques, bulk evidence processing, and analysis of additional training samples.
- Basic Forensic Chemist Training (DEA, Quantico, VA, 2017) -  18 week training program involving an overview of the DEA lab system, policies & procedures, instrumentation, evidence handling, evidence analysis, and courtroom testimony.  Progress was monitored via oral exams, written exams, laboratory assignments, and analyzing training samples .

QUEST DIAGNOSTICS
*Medical Technologist II (Chantilly, VA) 6 years*

- Analyze patient samples using Ultra High-Performance Liquid Chromatography (UHPLC) and Gas Chromatography/Mass Spectrometry (GC/MS).
- Verify and release results of analysis
- Perform maintenance on instrumentation when necessary

*Training*

- Annual laboratory safety and hazardous waste training (Quest Diagnostics, Chantilly, VA, 2011-2017)
- Hamilton Robotics training for running of automated liquid-handling workstation (Hamilton Robotics, Chantilly, VA, 2016)

## EDUCATION AND CERTIFICATIONS

George Mason University (Fairfax, VA)
- Attended from 2016 through 2017
- Completed two semesters of Forensic Science M.S. program with concentration in Forensic Toxicology

Virginia Commonwealth University (Richmond, VA)
- Earned B.S. in Forensic Science with concentration in Chemistry 2011
- Earned B.S. in Chemistry with a concentration in General Chemistry in 2011

## PRESENTATIONS AND LECTURES

- Presenter, Fentanyl: Trends, Recent Seizures, and Safe Handling Practices of First Responders
  - Fentanyl Training for Reserve Officers of Santa Clara PD, (Santa Clara, CA), 2018
- Presenter, Fentanyl: Trends, Recent Seizures, and Safe Handling Practices of First Responders
  - Fentanyl Training for California State Parole Agents, (Sacramento, CA), 2018