NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant
NICHOLAS CARTER

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>NICHOLAS SEAN CARTER,<br><br>  Defendant | Case No. 2:19-cr-0183-SMJ-1<br>  2:20-cr-00005-SMJ-2<br>  4:19-cr-06063-SMJ-2<br><br>DEFENDANT CARTER'S NOTICE OF OBJECTION TO ORDER |

COMES now the Defendant, by and through his attorneys, and pursuant to the Court Order dated May, 27, 2020, the Defendant has communicated to counsel that he objects to a video hearing regarding the Suppression Hearings scheduled for June 3, 2020. The Defendant would request that the hearings be rescheduled to a date when in-person testimony can be scheduled in the future. Counsel has contacted the government's counsel and she agrees with a rescheduling of the hearing to allow for in person testimony. Co-Defendant's counsel has been contacted and has indicated that he may object to the Order.

//

//

DEFENDANT CARTER'S NOTICE OF OBJECTION                                                                 1

DATED this 27th Day of May 2020.

                                       Respectfully Submitted,

                                       *s/ Nicholas Marchi*
                                       Nicholas Marchi
                                       Attorneys for Defendant

CERTIFICATE OF SERVICE

    I certify that a copy of the Notice of Objection e was e-mailed via ECF on 5/27/2020, to S. Van Marter, Assistant United States Attorney, 402 E. Yakima, Suite 210, Yakima, WA 98901 and the A. Pechtel, attorney for Ms. Pesina.

    s/Nicholas Marchi
    CARNEY & MARCHI, P.S.
    Attorneys for Defendant